UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-927(DSD/LIB)

Lisa Dorthea Paulsen,

    Plaintiff,

v.                **ORDER**

Carolyn W. Colvin,

    Defendant.

This matter is before the court upon the report and recommendation of Magistrate Judge Leo I. Brisbois dated June 29, 2017 (R&R). The magistrate judge recommended that the court deny plaintiff's motion for summary judgment and grant defendant's motion for summary judgment. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 18] is adopted in its entirety;

2. Plaintiff's motion for summary judgment [ECF No. 14] is denied;

3. Defendant's motion for summary judgment [ECF No. 16] is granted; and

4. The case is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 28, 2017

             s/David S. Doty
             David S. Doty, Judge
             United States District Court